## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.   Case No: 09-20046-08-CM-DJW

**VERDALE HANDY**

AUSA: Sheri P. McCracken
Counsel for Defendant: Branden A. Bell

| | | | |
|---|---|---|---|
| **JUDGE:** | David J. Waxse | **DATE:** | September 28, 2009 |
| **DEPUTY CLERK:** | Lori Lopez | **TIME:** | 11:00 AM |
| **INTERPRETER:** | None | **PRETRIAL/PROBATION:** | Cassidi Sporhase |

Length of Hearing:  0  Hr(s)  2  Min(s)                              Location: Kansas City, Kansas
Hearing Concluded:    (x) Yes ( ) No

### PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | (x) | Arraignment |
| (x) | Detention Hearing | ( ) | Held | (x) | Waived | ( ) | |
| (x) | Discovery Conference | (x) | Held | ( ) | Waived | | |

( ) Interpreter          ( ) Sworn          ( ) Previously sworn
( ) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed                    ( ) At defendant's expense
( ) Constitutional rights explained      ( ) Felony      ( ) Misdemeanor
( ) Defendant declined to waive indictment    ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed              ( ) Plea Agreement Attached
( ) Transferred to:

(x) **ARRAIGNMENT AND PLEA:**                                              (x) No. of Counts: 1
  (x) Waived Reading of    (x) Superseding Indictment       ( ) Read to Defendant
  ( ) Previous Plea        ( ) Guilty     ( ) Not Guilty    Counts:
  ( ) Guilty                                                Counts:
  (x) Not Guilty                                            Counts: #1

(x) Bail remains denied        ( ) Bail fixed at                ( ) Bail remain at
( ) $                          ( ) Unsecured                    ( ) Secured
( ) Release Order              ( ) Executed                     ( ) Continued in effect
(x) Deft. remanded to custody  ( ) Pending compliance with conditions of release
(x) Detention Ordered

Motions to be filed by:       November 16, 2009
Response(s) to be filed by:   November 23, 2009
Motions to be heard:          December 2, 2009 at 9:00 a.m. before Judge Murguia
Deft's next appearance:       December 2, 2009 at 9:00 a.m. before Judge Murguia

**Miscellaneous:**     **Oral motion of U.S. for pretrial detention of defendant - Granted.  (Written detention order to follow.)**